# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CHERRI WALKER,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>                    **Defendant.** | **Civil Action No. 5:16-cv-00506-HNJ** |

## PLAINTIFF'S MOTION TO AMEND FINAL JUDGMENT (DKT 198)

Plaintiff Cherri Walker hereby moves for the Court to amend the final judgment entered on June 24, 2021. Dkt. 198. In support of her motion, Ms. Walker states as follows:

1. Paragraph (2) of the judgment states that the contractual rate of interest accrues from the "date of *judgment*." However, the interest calculated by the Court in paragraph (1) was as of June 11, 2021—almost 2 weeks prior. Pursuant to the terms of the contract, Ms. Walker is entitled to interest accruing from June 11, 2021.[1] Ms. Walker requests the Court amend the judgment to specify interest accrues from June 11, 2021, and not the later date of judgment.

---

[1] This is not an insignificant amount—approximately $1,657.14.

2. Paragraph (3) of the judgment states that Defendant shall reinstate Ms. Walker's "long-term disability policy and shall pay her monthly, long-term disability benefits pursuant to the terms of the long-term disability insurance policy." The judgment does not specify the date that Ms. Walker's long-term disability benefits. Pursuant to the verdict, Ms. Walker was entitled to reinstatement as of May 21, 2021. Given the date of the judgment, Ms. Walker is already entitled to an additional month of long-term disability benefits—with the current period beginning June 21, 2021 coming due as well.[2]

\* \* \* \* \* \* \* \* \*

Date: June 25, 2021

Respectfully Submitted,

/s/ Andrew M. Grabhorn

| **Siniard, Timberlake, & League, P.C.** | **Grabhorn Law | Insured Rights®** |
|---|---|
| Michael K. Timberlake<br>timber@law-injury.com<br>125 Holmes Avenue<br>Post Office Box 2767<br>Huntsville, Alabama 35804<br>p: 256-536-0770<br>f: 256-539-0540 | Michael D. Grabhorn *pro hac vice*<br>m.grabhorn@grabhornlaw.com<br>Andrew M. Grabhorn *pro hac vice*<br>a.grabhorn@grabhornlaw.com<br>2525 Nelson Miller Pkwy., Ste. 107<br>Louisville, KY 40223<br>p: (502) 244-9331<br>f: (502) 244-9334 |

***Counsel for Cherri Walker***

---

[2] As with the interest accrual date, this is not an insignificant sum—$2,047.00.